IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

**v.**                                                           CR. NO. 25CR00180-1(CVR)

**OMAR ANGEL CASTILLO-TORRES**

### MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE REQUESTING AN ARREST WARRANT AND A SHOW CAUSE HEARING

**U.S. PROBATION OFFICER, Luis Villafañe, informs the Court,** that on November 7, 2019, Mr. Omar Angel Castillo-Torres appeared before the Honorable Pedro A. Delgado-Hernandez, United States District Judge in the District of Puerto Rico, after being adjudicated guilty of Count Two: Motor Vehicle Robbery (Carjacking) and Count Three: Possession of a Firearm and in Relation to a Crime of Violence. He was sentenced to 36 months as to Count Two and 60 months as to Count Three, to be served consecutively to each other, for a total of 96 months imprisonment. Supervised release was ordered as three years as to Count Two and five years as to Count Three, to be served concurrently with each other, and has violated the following conditions:

1. **Mandatory Condition #1: "You must not commit another federal, state or local crime"**

1

2. **Standard Condition #3:** "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer."

3. **Standard Condition #10:** "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)."

**SUPERVISION HISTORY:**

Mr. Omar Angel Castillo-Torres has been supervised in the Middle District of Florida Probation Office since his release from BOP custody.

On May 25, 2023, after Mr. Castillo-Torre's transfer of jurisdiction to the Middle District of Florida, a modification was granted for Mr. Castillo-Torres to serve ten days at the Alternative to Incarceration Program at the Brevard County Sheriff's Work Farm.

On November 16, 2023, Mr. Castillo-Torres' term of supervised released was revoked and sentenced to 10 months of imprisonment, followed by four years of supervised release for knowingly traveling outside of the District without Permission, failure to answer truthfully, and positive urinalysis for marijuana. Special conditions included 120 days of Home Detention; substance abuse

2

treatment; serve 9 days at the Brevard County Work Farm; provide access to financial information and submit to search.

On November 13, 2024, Mr. Castillo-Torres' term of supervised released was revoked again and sentenced to time served followed by three years of supervised release minus any term of incarceration for Failure to Comply with the home detention program.

On December 4, 2024, an Amended Judgment in a Criminal Case was filed to reflect the following sentence: revoked and sentenced to time served, followed by three years of supervised release minus any term of incarceration. All previous conditions are imposed to include 60 days home detention. This current term of supervised release is scheduled to expire on September 25, 2026.

**VIOLATIONS**:

On March 24, 2025, Mr. Castillo-Torres was arrested by the Puerto Rico Police Department, in the San Antonio Public Housing Project, located in San Juan, Puerto Rico, after phone call from an anonymous source reporting that Castillo-Torres was armed.

On March 24, 2025, Puerto Rico Police Department agents began to conduct surveillance on Mr. Castillo-Torres and observed him exit one of the buildings from the San Antonio Public Housing Project armed with a pistol around his waistband and wearing a black bag. As Mr. Castillo-Torres made his way outside of the community and into a vehicle, the agents immediately conducted a

3

traffic stop of the vehicle. Upon contact with Mr. Castillo-Torres, agents observed a pistol at the floor of the passenger seat where Mr. Castillo-Torres was seated. Mr. Castillo-Torres and the driver of the vehicle were immediately detained for violations of Puerto Rico firearms law. Agents recovered the pistol, Glock 19, with a machinegun conversion device attached to the slide loaded with seventeen (17) rounds of 9mm ammunition. The black bag that Mr. Castillo-Torres was observed wearing on his person was recovered and contained the following items inside: three black extended magazines of 31 round capacity, one loaded with 27 rounds of 9mm ammunition and two loaded with 24 rounds of 9mm ammunition; one ten magazine of 17 round capacity loaded with 17 rounds of 9mm ammunition; one packet contacting cigarette wrapping paper; and a Florida Driver's license in the name of Omar Castillo-Torres. Mr. Castillo-Torres was transported to the Puerto Rico Police Bureau unit office in San Juan, Puerto Rico. ATF agents were contacted, and the read Mr. Castillo-Torres his Miranda warnings and Mr. Castillo-Torres waived his right to remain silent. Mr. Castillo-Torres admitted that the Glock 19 recovered in the vehicle belonged to him and that he had it for security purposes. He further admitted that he was under federal supervised release.

On March 27, 2025, Mr. Castillo-Torres was the subject of a two-count federal indictment: Title 18 U.S.C. §922(g)(1) – Prohibited Person in Possession of a Firearm and Ammunition - Felon; and Title 18 U.S.C. § 922(o) - Possession of a Machinegun; under Criminal Case 25-162-01 (CVR). On April 2, 2025, an Arraignment/Bail Hearing and the Court ordered Mr. Castillo-Torres to be detained pending trial. A status conference is set for June 27, 2025.

**WHEREFORE,** it is respectfully requested that the Court issue an arrest warrant and schedule a hearing for Mr. Castillo-Torres to show cause why his supervision term should not be revoked.

San Juan, Puerto Rico, April 28, 2025.

                RESPECTFULLY SUBMITTED,

                LUIS O. ENCARNACION
                Chief U.S. Probation Officer

                ***s/Luis A. Villafañe-Silva***
                Luis A. Villafañe-Silva
                U.S. Probation Officer
                United States Probation Office
                Federal Office Building
                150 Chardón Avenue, Rm. 225
                San Juan, P.R.  00918
                Telephone: (787) 402-5513

**CERTIFICATE OF SERVICE**

I certify that on this day, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the parties.

San Juan, Puerto Rico, April 28, 2025.

*s/Luis A. Villafañe-Silva*
Luis A. Villafañe-Silva
U.S. Probation Officer